ORDERED.

Dated:  August 05, 2024

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                    Misc. Pro. No. 8:24-mp-00037-CED
                                                                               Miscellaneous Proceeding

Alejandro Rivera,

    Respondent.
_____/

**ORDER SUSPENDING ATTORNEY ALEJANDRO RIVERA
FROM PRACTICING BEFORE THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
AND TERMINATING CM/ECF FILING PRIVILEGES**

THIS MATTER came on for consideration for entry of an appropriate order. The record reflects that on July 25, 2024, the Supreme Court of Florida entered an order disbarring attorney Alejandro Rivera ("Respondent") from the practice of law effective thirty days from the date of the order (Doc. No. 1).

Local Rule 2090-2(b) provides that when the Court is notified that an attorney who appears before the Court has been suspended from practice by the Supreme Court of Florida, the Court shall enter an order suspending the attorney from practice before the Court and terminating the attorney's CM/ECF filing privileges effective 14 days from the date of the order.

Accordingly, it is

**ORDERED:**

1.      Effective 14 days from the date of this Order, Respondent is suspended from practicing law in the United States Bankruptcy Court for the Middle District of Florida.

2.      The Clerk of Court is directed to terminate Respondent's CM/ECF filing privileges 14 days from the date of this Order and to enter a copy of this Order in each pending case in which Respondent appears as counsel.

The Clerk's office is directed to serve a copy of this Order on interested parties.